the "Freedom Monument." 235 F. 3d, at 296. Above the entrance to the building is a bas-relief of an Elk's head, and the words "DEDICATUM JUSTITIAM." *Id.*, at 295. Considered in that setting, the monument does not express the city's preference for particular religions or religious belief in general. It simply reflects the Ten Commandments' role in the development of our legal system, just as the war memorial and Freedom Monument reflect the history and culture of the city of Elkhart. Perhaps that is why, for four decades, no person has challenged the monument as an unconstitutional endorsement of religion.

I would grant certiorari to decide whether a monument which has stood for more than 40 years, and has at least as much civic significance as it does religious, must be physically removed from its place in front of the city's Municipal Building.

No. 00–1511. PERNA *v.* ARCO MARINE, INC. C. A. 3d Cir. Motion of petitioner for leave to proceed as a seaman granted. Certiorari denied.

No. 00–1584. SEABOLD, WARDEN *v.* VINCENT. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–1508. IN RE VEY, *ante,* p. 993;

No. 00–7216. WOODEN *v.* UNITED STATES, 531 U. S. 1099;

No. 00–7611. FINK *v.* CALIFORNIA ET AL., 531 U. S. 1171;

No. 00–7920. SPENCER *v.* ROBINSON, WARDEN, *ante,* p. 928;

No. 00–8266. FAIN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 911;

No. 00–8279. GANEY *v.* CHESTER, SUPERINTENDENT, CRAVEN CORRECTIONAL INSTITUTION, ET AL., 531 U. S. 1202;

No. 00–8377. DE MEDEIROS *v.* LEWIS, WARDEN, *ante,* p. 962;

No. 00–8416. GANDY *v.* TEXAS, *ante,* p. 976;

No. 00–8580. POGUE *v.* RATELLE, WARDEN, *ante,* p. 964; and

No. 00–8850. DEVEAUX *v.* SCHRIVER, SUPERINTENDENT, WALLKILL CORRECTIONAL FACILITY, *ante,* p. 984. Petitions for rehearing denied.

No. 98–9705. AVILES ET AL. *v.* UNITED STATES, 528 U. S. 848. Motion of Miguel Angel Barrenechea for leave to file petition for rehearing denied.